UNITED STATES of America,
Plaintiff–Appellee,

v.

Floyd NELLUMS, Jr., also known as David Winters, also known as Joseph Lewis, also known as Lattian Mouton, also known as Kevin McGahey, Defendant–Appellant.

No. 06–30012
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 6, 2006.

James Thomas McManus, Camille Ann Domingue, Assistant U.S. Attorney, U.S. Attorney's Office Western District of Louisiana, Lafayette, LA, for Plaintiff–Appellee.

Wayne Joseph Blanchard, Federal Public Defender's Office Western District of Louisiana, Lafayette, LA, Floyd Nellums, Jr., Federal Correctional Institution Oakdale, Oakdale, LA, for Defendant–Appellant.

Before DeMOSS, STEWART and PRADO, Circuit Judges.

PER CURIAM: *

The Assistant Federal Public Defender appointed to represent Floyd Nellums, Jr., has filed a motion to withdraw and brief pursuant to Anders v. California, 386 U.S. 738, 744, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Nellums filed a response arguing that his guilty plea was not knowing and

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

voluntary as to the amount of loss used to enhance his sentence and that the district court clearly erred in enhancing his sentenced based on that loss amount.

Our independent review of the record, counsel's brief, and Nellums's response discloses no nonfrivolous issue in this direct appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. See 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.